COMMONWEALTH TRUST CO. OF PITTS-
BURGH and J. Knowles Woodwell, Exec-
utors of Estate of John W. Herron, De-
ceased, Appellants, v. William DRISCOLL,
Individually, and as Former Collector of
Internal Revenue for Twenty-Third Col-
lection District of Pennsylvania.

No. 8322.

Circuit Court of Appeals, Third Circuit.

Argued July 7, 1943.

Decided July 9, 1943.

Rehearing Denied Sept. 20, 1943.

William Wallace Booth, of Pittsburgh,
Pa. (W. A. Seifert and Reed, Smith, Shaw
& McClay, all of Pittsburgh, Pa., on the
brief), for appellants.

Helen Goodner, of Washington, D. C.
(Samuel O. Clark, Jr., Asst. Atty. Gen.,
Sewall Key and Helen R. Carloss, Sp.
Assts. to the Atty. Gen., and Charles F.
Uhl, U. S. Atty., of Pittsburgh, Pa., on the
brief), for appellee.

Before MARIS, JONES, and DOBIE,
Circuit Judges.

PER CURIAM.

The judgment of the district court is
affirmed for the reasons sufficiently and
satisfactorily given in the opinion of Judge
Schoonmaker, 50 F.Supp. 949.